UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY DANA HASTINGS,<br><br>Petitioner,<br><br>v.<br><br>CONNIE GIPSON, Warden,<br><br>Respondent. | 1:14-cv-01271 GSA (HC)<br><br>ORDER DISREGARDING<br>APPLICATION TO PROCEED<br>IN FORMA PAUERIS AS MOOT<br><br>(Document# 2) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On August 13, 2014, petitioner filed an application to proceed in forma pauperis. Due to the fact that petitioner paid the filing fee for this action on August 15, 2014, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **August 20, 2014**                    **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE

1