1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11    KERRY DANA HASTINGS,                         1:14-cv-01271-GSA-HC

12              Petitioner,                        ORDER DISCHARGING ORDER TO
                                                   SHOW CAUSE
13         v.
                                                   (ECF No. 8)
14    CONNIE GIPSON,

15              Respondent.

16

17         Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  He has consented to the jurisdiction of the Magistrate Judge pursuant to 28

19   U.S.C. § 636(c).

20         Petition filed the instant Petition on August 13, 2014.  On October 7, 2014, the Court

21   issued an order to show cause why the petition should not be dismissed for containing

22   unexhausted claims.  On November 7, 2014, Respondent filed a response indicating that he had

23   exhausted claims one and three of his petition.  Based upon Respondent's indication that he has

24   exhausted all of the claims in the petition, and good cause having been shown, the Court will

25   discharge the pending order to show cause issued on October 3, 2014.

26   ///

27   ///

28   ///

1

1        Accordingly, it is HEREBY ORDRED that the order to show cause issued October 7,

2   2014, is DISCHARGED.

3

4   IT IS SO ORDERED.

5        Dated:   **November 18, 2014**                    **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28